IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIDEOSHARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-990 (GMS) |
| | ) |
| GOOGLE INC. and YOUTUBE LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) AND STAY PENDING DISPOSITION OF THE TRANSFER MOTION**

Pursuant to 28 U.S.C. § 1404(a), Defendants Google Inc. and YouTube, LLC move to transfer this action to the United States District Court for the District of Massachusetts and request a stay pending disposition of the transfer motion. The grounds for this motion are set forth in Defendants' Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

OF COUNSEL:

*Attorneys for Defendants Google Inc. and YouTube LLC*

Cono A. Carrano
David C. Vondle
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887-4000

August 2, 2013
7425212.1

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that we have not been able to reach agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 2, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gregory S. Dovel, Esquire<br>Richard E. Lyon, III, Esquire<br>Simon Franzini, Esquire<br>DOVEL & LUNER, LLP<br>201 Santa Monica Boulevard, Suite 600<br>Santa Monica, CA  90401<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)