IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIDEOSHARE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-990 (GMS) |
| ) | |
| GOOGLE INC. and YOUTUBE LLC, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| VIDEOSHARE, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-992 (GMS) |
| ) | |
| VIMEO, LLC ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

**DECLARATION OF JOHN P. PADRO IN SUPPORT OF
DEFENDANTS' MOTION FOR JUDGMENT ON THE
PLEADINGS FOR LACK OF PATENTABLE SUBJECT MATTER**

I, John P. Padro, hereby declare as follows:

1. I am an attorney duly authorized to practice law in New York and am an associate with the law firm of White & Case LLP, counsel of record for Defendants Google Inc. and YouTube, LLC (collectively "Google"), in the above-captioned matter. I have been admitted *pro hac vice* to practice before the United States District Court for the District of Delaware in this matter. I have personal knowledge of the facts set forth herein. I respectfully submit this declaration in support of Google and Vimeo, LLC's ("Defendants") Motion for Judgment on the Pleadings under 35 U.S.C § 101.

2. Attached as Exhibit A is a true and correct copy of an excerpt from the File History of U.S. Patent No. 8,438,608.

    3.      Attached as Exhibit B is a true and correct copy of an excerpt from the File History of U.S. Patent No. 8,464,302.

    4.      Attached as Exhibit C are true and correct copies of excerpts from Plaintiff's Demonstrative, Group 6 ("an automated function automatically performing"), provided for the *Markman* Hearing on November 24, 2015.

    5.      Attached as Exhibit D is a true and correct copy of an article titled, "Early Television Stations," from the Early Television Museum website, available at http://www.earlytelevision.org/w6xao.html.

    6.      Attached as Exhibit E are true and correct copies of excerpts from the article titled, "The 80 Best Gadgets of the '80s," published by Complex Media Inc. on August 19, 2013, and available at http://www.complex.com/pop-culture/2013/08/best-gadgets-of-the-80s/.

    7.      Attached as Exhibit F is a true and correct copy of an article titled, "ABC's 'Home Videos' Pays Off Big," published by The New York Times on February 19, 1990, and available at http://www.nytimes.com/1990/02/19/business/abc-s-home-videos-pays-off-big.html.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 18, 2015 in New York, New York.

                                                                                    /s/ *John P. Padro*  
                                                                                   John P. Padro

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 18, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gregory S. Dovel, Esquire<br>Richard E. Lyon, III, Esquire<br>Simon Franzini, Esquire<br>DOVEL & LUNER, LLP<br>201 Santa Monica Boulevard, Suite 600<br>Santa Monica, CA 90401<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)