IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIDEOSHARE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE, INC. and YOUTUBE, LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 13-cv-990 (GMS) |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. The Defendants' Motion for Judgment on the Pleadings is GRANTED;

2. U.S. Patent No. 8,438,608 is INVALIDATED, pursuant to 35 U.S.C. § 101;

3. U.S. Patent No. 8,464,302 is INVALIDATED, pursuant to 35 U.S.C. § 101;

4. The above-captioned case is DISMISSED;

5. The Clerk of the Court is directed to close this case.

Dated: August __, 2016

_____
UNITED STATES DISTRICT COURT